UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**EngageSmart, Inc. et al**

       Plaintiff

  V.

**Julie Su**

       Defendant

CIVIL ACTION

NO. 1:23-12092-GAO

**ORDER OF DISMISSAL**

O'TOOLE, D. J.

In accordance with the Court's ELECTRONIC ORDER (Dkt. No. 14) dated March 20, 2024, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                                              By the Court,

3/20/2024                                             /s/ Flaviana de Oliveira
Date                                                  Deputy Clerk